# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MAURICE H. SOCHIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   Civil Action No.  SA-06-CA-1006-XR |
| | ) |
| THE FEDERAL-REPUBLIC'S | ) |
| CENTRAL GOVERNMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On this date, the Court considered the status of this case. If a Court dismisses a case for lack of subject matter jurisdiction, the dismissal must be without prejudice. FED. R. CIV. P. 41(b); *Sepulvado v. La. Bd. of Pardons & Parole*, 114 Fed. Appx. 620, 622 (5th Cir. 2004). This Court may alter or amend judgment on its own initiative pursuant to Rule 59. Consequently, the Court AMENDS its Order (Docket No. 4) to indicate that the dismissal is without prejudice. The Clerk is instructed to amend the judgment (Docket No. 5) to reflect that the dismissal is without prejudice.

It is so ORDERED.

SIGNED this 28th day of November, 2006.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE